CMMC

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>       Plaintiff, <br><br>       v. <br><br> Leonel JIMENEZ-Elenes, <br> Manuel BOJORQUEZ-Soveranes, <br><br>       Defendants. | Magistrate Docket No. '21 MJ02508 <br><br> COMPLAINT FOR VIOLATION OF: <br> Title 8, USC 1324(a)(1)(A)(i) and (v)(II) <br> Attempted Bringing In Illegal Aliens At <br> Other Than Port Of Entry (Felony) |

The undersigned complainant being, duly sworn, states:

On or about June 21, 2021, within the Southern District of California and elsewhere, defendants Leonel JIMENEZ-Elenes and Manuel BOJORQUEZ-Soveranes, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Maria De Jesus CASTANEDA-Guerrero, Galindo CORDOBA-Santos, Vilma Araceli GAYTAN-Navas and Andrea LORENZO-Gaytan, had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II)

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Wesley Cornue
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JUNE 22, 2021

HON. MITCHELL D. DEMBIN
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Leonel JIMENEZ-Elenes,
Manuel BOJORQUEZ-Soveranes,

## PROBABLE CAUSE STATEMENT

The complainant states that Maria De Jesus CASTANEDA-Guerrero, Galindo CORDOBA-Santos, Vilma Araceli GAYTAN-Navas and Andrea LORENZO-Gaytan, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On June 21, 2021, Border Patrol Agents D. Julio and L. Perry were conducting their assigned duties in the San Clemente Border Patrol Station's area of responsibility. At approximately 12:01 AM, a Coast Guard Cutter was notified by Air and Marine Operations air support, that they had observed a vessel of interest. Air support directed the Coast Guard Cutter to the panga style vessel, which was approximately five nautical miles off the coast of Point Loma, San Diego, California. As the Coast Guard approached the vessel it proceeded to flee away. After a brief pursuit the vessel yielded and allowed the Coast Guard crew to board the vessel. The Coast Guard boarding crew encountered 20 individuals, three of which were complaining of injuries or medical issues. Those three were transported to the Coast Guard Cutter to be reviewed and ultimately taken to the hospital. The remaining 17 individuals were transported to the Coast Guard base in Ballast Point.

At approximately 12:30 AM, Agent Perry responded to the Hospitality Point Lifeguard Station, where they took custody of the three injured individuals. Agent Perry identified himself as a Border Patrol Agent and conducted an immigration inspection. All three individuals, including one later identified as defendant Manuel BOJORQUEZ-Soveranes, stated that they are citizens of Mexico illegally present in the United States. At approximately 2:50 AM, Agent Perry placed all three individuals, including BOJORQUEZ, under arrest.

At approximately 12:40 AM, Agent Julio responded to Ballast Point in San Diego, California where the Coast Guard had detained the 17 individuals from the vessel. Agent Julio identified himself as a Border Patrol Agent and conducted an immigration inspection. All 17 individuals, including one later identified as defendant Leonel JIMENEZ-Elenes, and four individuals, later identified as material witnesses Maria De Jesus CASTANEDA-Guerrero, Galindo CORDOBA-Santos, Vilma Araceli GAYTAN-Navas and Andre LORENZO-Gaytan, stated that they were illegally in the United States without any immigration documents. JIMENEZ, CASTANEDA and CORDOBA were later determined to be citizens of Mexico. GAYTAN and LORENZO were later determined to be citizens and nationals of Guatemala. At approximately 3:50 AM,

CONTINUATION OF COMPLAINT:
Leonel JIMENEZ-Elenes,
Manuel BOJORQUEZ-Soveranes,

Agent Julio placed all 17 individuals, including defendant JIMENEZ, and material witnesses CASTANEDA, CORDOBA, GAYTAN and LORENZO, under arrest.

Defendant JIMENEZ was read his Miranda Rights. JIMENEZ stated that he understood and was willing to answer questions without an attorney present. JIMENEZ stated that he and his friend Manuel (later identified as co-defendant Manuel BOJORQUEZ-Soveranes) traveled from Sinaloa, Mexico to be the captain and co-captain of a panga vessel. JIMENEZ stated that he had a contract with a smuggler who would pay him $100,000 Mexican Pesos after successfully smuggling the individuals into San Diego, California. JIMENEZ stated that he had taken the vessel out a few days prior for a test run. JIMENEZ stated that on this event, they left Mexico and traveled around the back of Coronado Island before being intercepted. JIMENEZ stated that he did not know the final destination, but believes it was somewhere in San Diego, California based on the waypoints they were following on the Global Positioning System (GPS). JIMENEZ was shown a photographic line up and identified Manuel BOJORQUEZ-Soveranes as his friend that was helping navigate with the GPS and refueling the vessel.

Defendant BOJORQUEZ was read his Miranda Rights. BOJORQUEZ stated that he understood his rights and was willing to speak without an attorney present. BOJORQUEZ stated that he was getting a free ride on the panga style vessel and that he did not know anybody on the vessel. BOJORQUEZ was shown a photographic line-up and identified Leonel JIMENEZ-Elenes, as his ex-wife's uncle. BOJORQUEZ stated that it was by chance that they both got on the vessel together.

Material witnesses, CASTANEDA, CORDOBA, GAYTAN and LORENZO, admitted to being citizens of a country other than the United States, without documents that would allow them to enter or remain in the United States legally. CASTANEDA, CORDOBA and GAYTAN stated that they agreed to pay between $8,000 and $14,000 USD to be brought into the United States. All material witnesses were shown a photographic line-up. GAYTAN and LORENZO were able to identify Leonel JIMENEZ-Elenes as the captain of the vessel. CORDOBA stated that the captain of the vessel was driving fast and the sea conditions made it an unbearable ride. GAYTAN stated that she hurt her back, because of how fast the vessel was going mixed with the bad sea conditions. GAYTAN stated that several individuals were screaming at the captain to stop the vessel because there was too much bouncing around and they were getting hurt.